## East Pittsburgh Borough *v.* East Pittsburgh Borough School District, Appellant.

Submitted March 17, 1967. Before Bell, C. J., Musmanno, Jones, Cohen, Eagen, O'Brien and Roberts, JJ.

*Egan J. Durkin,* for appellant.

*T. P. Shearer* and *L. A. Layton,* for appellee.

Opinion Per Curiam, May 24, 1967:
Order affirmed.